# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  CHARLES LEWIS OLIVER

                                                        Case No.: 17-42193-drd-13

       **Debtor**

## NOTICE ALLOWING/DISALLOWING CLAIMS

COMES NOW, Richard V. Fink, the Chapter 13 Trustee, pursuant to Local Rule 3085-1 of the Western District of Missouri, and Rule 3001 (f) of the Federal Rules of Bankruptcy Procedure, and moves to have these claims allowed as set out below or disallowed as not filed, unless an objection to the claim is filed and the Court enters an Order which provides for different treatment.

| Creditor | Claim Info | Account Info |
|---|---|---|
| ADVANCED PATHOLORY SOLUTIONS<br>4851 NORTHSHORE LANE SUITE B<br>NORTH LITTLE ROCK, AR 72118 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 3<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8480<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| ANESTHESIA ASSOC OF KC PC<br>PO BOX 801185<br>KANSAS CITY, MO 64180 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 6<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 3824<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| ARNOLD RENTALS<br>4541 JANICE NORTH<br>MEMPHIS, TN 38122 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 8<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | **Court Claim No.:** 9<br>**Trustee Claim No.:** 4<br>**Amount of Claim:** $2,283.92<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2002<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |

| Creditor | Claim Info | Account Info |
|---|---|---|
| BILL & BRENDA SCHMIDTT<br>1622 CHURCH RD WEST<br>HORN LAKE, MS 38637 | **Court Claim No.:** 2<br>**Trustee Claim No.:** 13<br>**Amount of Claim:** $3,100.00<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | **Court Claim No.:** 1<br>**Trustee Claim No.:** 20<br>**Amount of Claim:** $5,937.00<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4585<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| FREEDOMROAD FINANCIAL<br>C/O CAPITAL RECOVERY GROUP<br>BIN 920016/PO BOX 29426<br>PHOENIX, AZ 85038-9426 | **Court Claim No.:** 3<br>**Trustee Claim No.:** 26<br>**Amount of Claim:** $6,176.74<br>**Monthly Payment:** $115.00<br>**Claim Type:** Secured (E) | **Account Number:** 7129<br>**Interest Rate:** 4.7600%<br>**Balance Owed:** $5,601.74<br>**% to be Paid:** 100.000% |
| HORN LAKE EYECARE PLLC<br>2085 GOODMAN ROAD W<br>SUITE 100<br>HORN LAKE, MS 38637 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 29<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1203<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| KANSAS CITY UROLOGY CARE PA<br>8551 BLUEJACKET ST<br>LENEXA, KS 66214 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 31<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5401<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| KC HOSPITALIST PA<br>PO BOX 412917<br>DEPT 629<br>KANSAS CITY, MO 64141-2917 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 30<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 7235<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |

| | | |
|---|---|---|
| LEES SUMMIT MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | **Court Claim No.:** 10<br>**Trustee Claim No.:** 36<br>**Amount of Claim:** $3,417.83<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0110<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| LEES SUMMIT MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | **Court Claim No.:** 11<br>**Trustee Claim No.:** 37<br>**Amount of Claim:** $2,144.71<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5691<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 7<br>**Trustee Claim No.:** 10<br>**Amount of Claim:** $2,444.18<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2686<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 12<br>**Trustee Claim No.:** 17<br>**Amount of Claim:** $843.23<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5647<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | **Court Claim No.:** 8<br>**Trustee Claim No.:** 23<br>**Amount of Claim:** $1,114.21<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8716<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| PROSPER MARKETPLACE<br>101 SECOND STREET<br>SUITE 1500<br>SAN FRANCISCO, CA 94105 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 43<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |

| Creditor | Claim Info | Account Info |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR VELOCITY INVESTMENTS LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | **Court Claim No.:** 13<br>**Trustee Claim No.:** 38<br>**Amount of Claim:** $10,839.56<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 9877<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| SYNCHRONY BANK/LANE FURNITURE GALLERY<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 48<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| SYNCHRONY BANK/LOWE'S<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 49<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| THE LAW OFFICES OF TRACY L ROBINSON LC<br>818 GRAND BLVD # 505<br>KANSAS CITY, MO 64106 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 0<br>**Amount of Claim:** $3,200.00<br>**Monthly Payment:** $140.00<br>**Claim Type:** Attorney Fee | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** $2,744.95<br>**% to be Paid:** 100.000% |
| US BANK<br>RECOVERY DEPARTMENT<br>PO BOX 5227 ML CN-OJ-W15<br>CINCINNATI, OH 45202-5227 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 52<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | **Court Claim No.:** 6<br>**Trustee Claim No.:** 59<br>**Amount of Claim:** $1,001.44<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 622870778<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |

| | | |
|---|---|---|
| WELLS FARGO BANK NA PAYMENT PROCESSING/MAC #X2302-04C ONE HOME CAMPUS DES MOINES, IA 50328 | **Court Claim No.:** 5<br>**Trustee Claim No.:** 61<br>**Amount of Claim:** $143,321.87<br>**Monthly Payment:** N/A<br>**Claim Type:** Mortgage Payment (Pr) | **Account Number:** 2432<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A<br>**Special Remarks:** Direct |
| WELLS FARGO BANK NA ATTN PAYMENT PROCESSING MAC X230204C ONE HOME CAMPUS DES MOINES, IA 50328 | **Court Claim No.:** 4<br>**Trustee Claim No.:** 64<br>**Amount of Claim:** $156,912.08<br>**Monthly Payment:** N/A<br>**Claim Type:** Mortgage Payment (Pr) | **Account Number:** 8318<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A<br>**Special Remarks:** Direct |
| WELLS FARGO BANK NA ATTN PAYMENT PROCESSING MAC X230204C ONE HOME CAMPUS DES MOINES, IA 50328 | **Court Claim No.:** 4<br>**Trustee Claim No.:** 65<br>**Amount of Claim:** $1,850.24<br>**Monthly Payment:** N/A<br>**Claim Type:** Mortgage Arrearage (Pr) | **Account Number:** 8318<br>**Interest Rate:** N/A<br>**Balance Owed:** $1,850.24<br>**% to be Paid:** 100.000% |
| WELLS FARGO BANK NA PAYMENT PROCESSING/MAC #X2302-04C ONE HOME CAMPUS DES MOINES, IA 50328 | **Court Claim No.:** 5<br>**Trustee Claim No.:** 66<br>**Amount of Claim:** $293.43<br>**Monthly Payment:** N/A<br>**Claim Type:** Mortgage Arrearage (Pr) | **Account Number:** 2432<br>**Interest Rate:** N/A<br>**Balance Owed:** $293.43<br>**% to be Paid:** 100.000% |
| WESTGLEN GASTROINTESTINAL CONS 7230 RENNER ROAD SHAWNEE, KS 66217-9901 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 62<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4720<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |

March 19, 2018

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
THE LAW OFFICES OF TRACY L ROBINSON LC (403823) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

SL     /Notice - Allow/Disallow Claims